IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOHN HOMER STEVENS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:09-CV-00282 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DISMISSING PETITION TO VACATE SENTENCE AND JUDGMENT OF CONVICTION

Came for consideration the motion to vacate, set aside or correct sentence by a person in federal custody filed by petitioner JOHN HOMER STEVENS. On December 11, 2009, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's "petition to vacate sentence and judgment of conviction" be dismissed. On December 28, 2009, petitioner filed timely objections to the Report and Recommendation.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby OVERRULES petitioner's objections, and ADOPTS the Magistrate Judge's Report and Recommendation. Accordingly, the "petition to vacate sentence and judgment of conviction" filed by petitioner is, in all things, DISMISSED.

IT IS SO ORDERED.

ENTERED this 6th day of January 2010.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE